FIRST NATIONAL BANK OF SANTA FE *v.*
COMMISSIONER OF REVENUE
OF NEW MEXICO

No. 1171.   Decided April 27, 1970

*S. Hazard Gillespie* and *Porter R. Chandler* for appellant.

*James A. Maloney,* Attorney General of New Mexico, *Gary O'Dowd,* Deputy Attorney General, and *Justin Reid,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

GARDEN STATE TRANSIT CO., INC. *v.*
UNITED STATES ET AL.

No. 1323.   Decided April 27, 1970

*Herman B. J. Weckstein* for appellant.

*Solicitor General Griswold, Assistant Attorney General McLaren, Robert W. Ginnane, Fritz R. Kahn,* and *Raymond M. Zimmet* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.